**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO. 1:08CV225
(1:99CR52)**

| | | |
|---|---|---|
| **LONNIE EDGAR PEELER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Petitioner's motion in response to the Court's dismissal of his motion for a writ of *habeas corpus* pursuant to 28 U.S.C. § 1651, which the Court construes as a motion for reconsideration.

Because Petitioner's "response" is no more than a second recitation of arguments he proffered in his original motion and which the Court considered and denied,

**IT IS, THEREFORE, ORDERED** that Petitioner's motion in response to the Court's dismissal of his motion for a writ of *habeas corpus* pursuant

to 28 U.S.C. § 1651, construed as a motion for reconsideration, is hereby

**DENIED.**

Signed: June 23, 2008

Lacy H. Thornburg
United States District Judge